FROM: THE DISTRICT COURT OF THE FOURTH JUDICIAL
DISTRICT, COUNTY OF MISSOULA,

STATE OF MONTANA,

Plaintiff,                                              NO. 7257

vs.                                                     DECISION

JACKIE WAYNE BURK,

Defendant.

On July 29, 1987, the Defendant was sentenced to Sexual Inter-
course Without Consent, twenty-five (25) years, plus ten (10) years
for the use of a weapon. The sentence shall run consecutively but
concurrently to the sentence in Idaho; 196 days credit for time served;
Dangerous Offender.

On December 6, 1990, the Defendant's application for review of
that sentence was heard by the Sentence Review Division of the
Montana Supreme Court.

The Defendant was present and was represented by Mark English,
of the Montana Defender Project. The state was represented by Betty
Wing, Deputy County Attorney from Missoula, Montana.

Before hearing the application, the Defendant was advised that
the Sentence Review Division has the authority not only to reduce
the sentence or affirm it, but also to increase it if such is possible. The
defendant was further advised that there is no appeal from a decision
of the Sentence Review Division. The defendant acknowledged that
he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the
Sentence Review Division that the sentence shall be amended to
twenty (20) years for Sexual Intercourse Without Consent plus ten
(10) years for the use of a weapon to run consecutively but concur-
rently to the sentence in Idaho; 196 days credit for time served;
Dangerous Offender.

The reason for the decision is because the Sentence imposed by the
District Judge exceeds the maximum allowable by statute. It is
obvious that the District Court intended to impose the maximum
which is twenty (20) years and that is the sentence that has been
imposed by the Sentence Review Division. In addition, the sentence
is amended to provide that the reasons for the dangerous designation
appear from the face of the Judgment, and that is that the Defendant
is convicted of a violent offense against a person, the rape, and that
that violent offense was committed with a weapon. Even though the
Judgment itself did not state the reasons for the dangerous

designation, that determination is affirmed by this Division. Another reason for the dangerous designation is the fact that there was a prior felony within five (5) years of this offense.

DATED this 6th day of December, 1990.